Carlos Alsina-Batista, Bar No. 327286
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel: (866) 329-9217
Dir: (657) 363-3331
Fax. (714) 888-4528
E: CarlosA@jlohman.com

*Attorney for Plaintiff, Rose De La Cruz*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSE DE LA CRUZ, | ) |
| | ) Case No.: 3:20-cv-01300-DMS-LL |
| Plaintiff, | ) |
| | ) NOTICE OF SETTLEMENT AND |
| – vs – | ) REQUEST FOR PERIOD TO |
| | ) VOLUNTARILY DISMISS CASE |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff ROSE DELA CRUZ ("Plaintiff") and Defendant GC SERVICES, LP ("Defendant") have reached settlement in the above-captioned action. Plaintiff anticipates filing a Notice of Voluntary Dismissal within forty-five (45) days, once settlement documents are executed. Pending the Notice of Voluntary Dismissal, Plaintiff respectfully requests that all pending deadlines be vacated.

RESPECTFULLY SUBMITTED,

Dated: August 27, 2020

By: *Carlos Alsina-Batista*
Carlos Alsina-Batista, Bar No. 327286
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel: (866) 329-9217
Dir: (657) 363-3331
Fax. (714) 888-4528
E: CarlosA@jlohman.com
Attorney for Plaintiff, Rose De La Cruz

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 27, 2020, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed using the Court's CM/ECF system, which will notify all attorneys of record.

                                        By: *Carlos Alsina-Batista*
                                        Carlos Alsina-Batista, Bar No. 327286
                                        The Law Offices of Jeffrey Lohman, P.C.