Carlos Alsina-Batista, Bar No. 327286
1204 Mohave Drive
Colton, CA 92324
787-615-8733
E: CarlosA@jlohman.com
Attorney for Plaintiff, Rose De La Cruz

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE DELA CRUZ,<br><br>          Plaintiff,<br><br>          – vs –<br><br>GC SERVICES, LP,<br><br>          Defendant. | Case No.: 3:20-cv-01300-DMS-LL<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Plaintiff, ROSE DELA CRUZ ("Plaintiff"), through her undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), gives notice that the above-captioned action is voluntarily dismissed WITH PREJUDICE against Defendant GC Services, LP ("Defendant").

RESPECTFULLY SUBMITTED,

Dated: October 5, 2020

By: /s/ *Carlos Alsina-Batista*
Carlos Alsina-Batista, Bar No. 327286
1204 Mohave Drive
Colton, CA 92324
787-615-8733
E: CarlosA@jlohman.com
Attorney for Plaintiff, Rose De La Cruz

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2020, a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed using the Court's CM/ECF system, which will notify all attorneys of record.

By: /s/ *Carlos Alsina-Batista*
Carlos Alsina-Batista, Bar No. 327286
1204 Mohave Drive
Colton, CA 92324
787-615-8733
E: CarlosA@jlohman.com
Attorney for Plaintiff, Rose De La Cruz