## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE DE LA CRUZ,<br><br>        Plaintiff,<br><br>    v.<br><br>GC SERVICES, LP,<br><br>        Defendant. | Case No. 3:20-cv-1300-DMS-LL<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL** |

On August 26, 2020, Plaintiff Rose De La Cruz filed a Notice of Settlement, indicating the parties have reached settlement in the above-captioned case. On October 5, 2020, Plaintiff Rose De La Cruz filed a Notice of Voluntary Dismissal.

Good cause appearing, it is hereby ORDERED that this entire action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  February 2, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court

-1-                    Case No. 3:20-cv-1300-DMS-LL